NEW ORLEANS DEPOT SERVICES, INCORPORATED, Petitioner,

v.

DIRECTOR, OFFICE OF WORKER'S COMPENSATION PROGRAMS, U.S. Department of Labor; New Orleans Marine Contractors; Signal Mutual Indemnity Association Limited, Respondents.

No. 11–60057.

United States Court of Appeals, Fifth Circuit.

Nov. 19, 2012.

Anne Derbes Wittmann (argued), Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., New Orleans, LA, for Petitioner.

Matthew W. Boyle (argued), Rae Ellen James, Associate Sol., Mark Ambrose Reinhalter, Counsel, U.S. Dept. of Labor, Office of the Sol., Washington, DC, David Duhon, U.S. Dept. of Labor, Douglas P. Matthews, Andrew Joseph Quackenbos (argued), King, Krebs & Jurgens, P.L.L.C., New Orleans, LA, for Respondents.

(Opinion July 25, 2012, 5th Cir., 2012, 689 F.3d 400)

Before STEWART, Chief Judge, and KING, JOLLY, DAVIS, JONES, SMITH, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES, GRAVES and HIGGINSON, Circuit Judges.

BY THE COURT:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.